CALVIN D. PALMER, Appellant, *v.* BOARD OF EDUCATION OF UNION FREE SCHOOL DISTRICT NO. 2, TOWN OF GEDDES, Respondent.

Submitted January 3, 1938; decided January 11, 1938.

Motion to amend remittitur denied, with ten dollars costs and necessary printing disbursements. (See **276** N. Y. **222.**)

BERTHA CARROLL et al., Appellants and Respondents, *v.* THOMAS E. MURRAY, JR., as Receiver of INTERBOROUGH RAPID TRANSIT COMPANY, Respondent and Appellant.

Submitted January 3, 1938; decided January 11, 1938.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 276 N. Y. 598.)